**1114**

Appellants. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Proceeding by the people of the state of New York, on the relation of the Merchants' Real Estate Company, against James L. Wells and others. D. Rumsey, for appellants. H. W. Hayden, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. ROBINSON v. STURGIS, Com'r. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Proceeding by the people of the state of New York, on the relation of Archibald Robinson, against Thomas Sturgis, commissioner, etc. No opinion. Motion denied.

PEOPLE ex rel. SHIELS v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Proceeding by the people of the state of New York, on the relation of John H. Shiels against Francis V. Greene, commissioner. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. STRAUSS, Respondent, v. WELLS et al., Appellants. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Proceeding by the people of the state of New York, on the relation of Isidor Strauss, against James L. Wells and others. D. Rumsey, for appellants. W. B. Hornblower, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. WALRATH et al., Respondents, v. BOARD OF ASSESSORS OF BROWNVILLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) Proceeding by the people of the state of New York, on the relation of Jane Walrath and another, against the board of assessors of the town of Brownville and others. PER CURIAM. Judgment and order modified, so as to provide that the costs of the proceeding be awarded and taxed against the defendants in their official capacity, and not personally, and, as so modified, affirmed, without costs of this appeal to either party. *Held,* that the finding of the referee that the defendants acted in bad faith is contrary to the evidence.

PEOPLE ex rel. ZUHR v. GREENE, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Proceeding by the people of the state of New York, on the relation of Joseph Zuhr, against Francis V. Greene, as commissioner. C. D. Ridgway, for relator. T. Connoly, for respondent. PER CURIAM. Writ dismissed, and proceedings affirmed, with costs. O'BRIEN and INGRAHAM, JJ., dissent.

PERELES, Appellant, v. ROCHESTER GERMAN INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) Action by Maurice Pereles against the Rochester German Insurance Company. No opinion. Judgment and order affirmed, with costs.

PERKINS, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by Walter C. Perkins against James B. Smith. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

PIERSON, Appellant, v. CLARK, Respondent. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by Wellington S. Pierson against J. Emmett Clark. No opinion. Judgment and order unanimously affirmed, with costs.

PIETROFESA, Appellant, v. DELAWARE, L. & W. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by Rocco Pietrofesa against the Delaware, Lackawanna & Western Railway Company. W. McArthur, for appellant. W. L. McGuire, for respondent. No opinion. Judgment affirmed, with costs.

In re PORTER. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) In the matter of supplementary proceedings instituted by Nelson W. Porter, as assignee, etc., in an action entitled "A. C. Atkins & Co., Limited, v. Edwin R. Bryant." No opinion. Order affirmed, with $10 costs and disbursements.

PORTER v. MAGNETIC SEPARATOR CO. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Action by Alexander T. Porter against the Magnetic Separator Company. No opinion. Motion denied.

In re PYE. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) In the matter of the examination of Margaret A. Pye, a judgment debtor, in supplementary proceedings. No opinion. Order affirmed, with $10 costs and disbursements.

RANDALL, Respondent, v. UNITED STATES LEATHER CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 11, 1904.) Action by Oscar S. Randall against the United States Leather Company. PER CURIAM. Judgment and order affirmed, with costs. PARKER, P. J., not voting. SMITH, J., dissents.

RANKINE, Respondent, v. DE VEAUX COLLEGE FOR ORPHAN AND DESTITUTE CHILDREN, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by William B. Rankine against the De Veaux College for Orphan and Destitute Children and others. PER CURIAM. Judgment affirmed, with costs, upon opinion of Childs, J., delivered at Special Term. 85 N. Y. Supp. 239. WILLIAMS and STOVER, JJ., dissent.

RANNEY, Respondent, v. VAN COTT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action